

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 1 5 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Brian Garcia

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C.C.D.O.C. Officer Richard
C.C.D.O.C. Officer Allen
C.C.D.O.C. Officer Tom Dart

1:19-cv-02518
Judge Virginia M. Kendall
Magistrate Judge Maria Valdez
PC1

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**
   A. Name: Brian Garcia
   B. List all aliases: N/A
   C. Prisoner identification number: 20170921161
   D. Place of present confinement: Cook County Jail
   E. Address: P.O. Box 089002 Chicago, IL. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Officer Richard
      Title: Cook County Sheriff
      Place of Employment: Cook County Jail
   B. Defendant: Officer Allen
      Title: Cook County Sheriff
      Place of Employment: Cook County Jail
   C. Defendant: Tom Dart
      Title: Cook County Sheriff
      Place of Employment: Cook County Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 19 CV 1394

B. Approximate date of filing lawsuit: Feb - 2019

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Brian Garcia

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States Northern District of Illinois Eastern Division.

F. Name of judge to whom case was assigned: Honorable Judge Virginia M. Kendall Magistrate Judge Maria Valdez

G. Basic claim made: Refused medical treatment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It was dismissed without prejudice but I was granted an attorney who is in the process of filing an amended complaint.

I. Approximate date of disposition: 3-14-19

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List All Lawsuits you (and your Co-plaintiffs, if any) have filed in any State or federal Court in the United States?
 A) Name of Case and docket number: Don't remember
 B) Approximate date of filing lawsuit: Sometime between 2015 - 2016
 C) List all Plaintiffs (if you had co-plaintiffs), including any aliases: Brian Garcia
 D) List all defendants: Cook County Sheriff Officer Gonzalez
 E) Court in which the Lawsuit was filed (if federal court, name the district; if State court, name the County): United States Northern District of Illinois Eastern Division.
 F) Name of Judge to whom case was assigned: Don't Remember
 G) Basic Claim made: I was assulted by a Cook County Sheriff.
 H) Dispotion of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): We agreed upon a Settlement.
 I) Approximate date of disposition: Sometime in 2016

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: I currently have a civil case pending Case #1:18-CV-03734

B. Approximate date of filing lawsuit: 7-18-18

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Don't Remember

D. List all defendants: Don't Remember

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States Northern District of Illinois Eastern Division.

F. Name of judge to whom case was assigned: Honorable Judge Virginia M. Kendall Magistrate Judge Maria Valdez

G. Basic claim made: Don't Remember

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about September 19, 2017 Plaintiff was arrested by Alsip Police Department. Plaintiff was then placed into custody at Cook County on September 21, 2017. On 2-03-18 Plaintiff was housed in the Medical Unit, Division 8, RTU 3-F (Due to having a fractured skull from an unrelated injury). During Plaintiffs time living in Division 8, RTU 3F, Plaintiff had several problems/arguements with inmate Deon Clopton #20161203194 and Plaintiff made a request to Officer Richard and Officer Allen to be moved to a different living unit because he was in fear for his safety and wanted to avoid problems. Plantiff was told by both officer Richard and officer Allen that (he couldn't pick and choose where he was housed and for him to deal with it.)

On 2-13-18 Plaintiff once again got into another verbal altercation with inmate Deon Clopton # 20161203194 while plaintiff was sitting down in a chair. Both officer Richard and officer Allen were present during this altercation. Deon Clopton then began to verbally threathen Plaintiff (saying that he was going to physically assult Plaintiff) while both officers sat there listening to Cloptons threathes and doing nothing to stop it. Plaintiff then began to once again fear for his safety and put on his shoes. Inmate Clopton and Plaintiff then began to exchange words which turned into a psychical altercation. Inmate Clopton knocked plantiff down to the ground and began to psychically punch Plaintiff in the face and head over 20 times. During this assult/beatdown, both Officer Richard and officer Allen were both litterally standing a few feet away watching it happen. Plaintiff was on the ground with Deon Clopton on top of Plaintiff punching his face & head while Plaintiff was yelling and screaming for help. Both officer Richard and officer Allen ignored Plaintiffs pleas. Both officers did nothing to help. Both officers stood there watching inmate Clopton beat Plaintiff without doing anything to stop it.

Finally after punching Plaintiff in the face over 20 times, inmate Clopton got off of Plaintiff while other officers/back up began to arive.

There are several video cameras on the living unit 3-F, division 8 RTU, that record at all times that will clearly show the assult as well as clearly

4

Revised 9/2007

Show both officer Richard and officer Allen both just standing there watching it happen. Officer Richard and officer Allen Did Not try to pull inmate Clopton off of Plaintiff. Officer Richard and officer Allen Did Not try to use their Mace in order to stop inmate Clopton from beating Plaintiff. Both officers just stood there watching it happen without doing anything to help Plaintiff.

Plaintiff was then taken to Stroger Hospital where he had to recieve stitches above his eye because it was busted open and bleeding. Plaintiff also had other injuries such as several cuts inside his mouth, two black eyes, as well as several knots, bruises and cuts.

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

① That the Defendants be required to pay Plaintiff's general damages, including emotional distress, in a sum to be ascertained;
② That the Defendants to pay Plaintiff's special damages;
③ That the Defendant's be required to pay Plaintiff's costs of the suit herein incurred;
④ That Plaintiff has such other and further relief as this Court may deem just and proper.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __3__, 20__19__

_Brian Garcia_
(Signature of plaintiff or plaintiffs)

BRIAN GARCIA
(Print name)

20170921161
(I.D. Number)

P.O. Box 089002
Chicago, IL. 60608
(Address)

6

Revised 9/2007



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**CONTROL #:** 
**INMATE ID #:** 

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: GARCIA
**PRINT - FIRST NAME** *(Primer Nombre)*: BRIAN
**INMATE BOOKING NUMBER** *(# de identificación del detenido)*: 20170921161
**DIVISION** *(División)*: 8 RTU
**LIVING UNIT** *(Unidad)*: 3-A
**DATE** *(Fecha)*: 2-15-18

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA (GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT)

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** *(Fecha Del Incidente)*: 2-13-18
**REQUIRED - TIME OF INCIDENT** *(Hora Del Incidente)*: Around 11:00 am
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*: Div 8 RTU 3-F
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Lugar Específico Del Incidente)*: Officer Richard and Officer Allen

On the above date I was housed in Division 8 RTU 3-F when I got into a verbal altercation with another inmate, which ended up turning into a psychical altercation/fight. This inmate was much bigger then me so it really wasn't much of a fight but more like a beatdown. This inmate knocked me down to the ground and began to punch me in my face and head for more then 20 times basicly using my face as a punching bag. But the entire time this altercation was going on, Officer Richard and Officer Allen were just standing there watching it happen without doing anything to stop it. The whole time that this inmate was beating and punching me in my face, I was screaming and yelling for Officers Richard and Allen to help me / make him stop, only to be ignored. Both Officer Richard and Officer Allen just stood there watching while this inmate knocked me down to the ground, got on top of me and punched me in my face and head for over 20 something times. They did nothing to stop him, they did nothing to help me.

All you have to do is look at the video footage and it will show you everything. As a matter of fact, I would like for the video footage to be saved so that my lawyer can get a copy of it at a later time. I do not want the video to magicly disappear.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* Video footage is my witness

**INMATE SIGNATURE:** *(Firma del Preso/Fecha)*: Brian Garcia

---

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** S Davis
**SIGNATURE:** [signed]
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 2-16-18

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40a)(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**CONTROL #:**
**INMATE ID #:**

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: GARCIA
**PRINT - FIRST NAME** *(Primer Nombre)*: BRIAN
**INMATE BOOKING NUMBER** *(# de identificación del detenido)*: 20170921161

**DIVISION** *(División)*: 8 RTU
**LIVING UNIT** *(Unidad)*: 3-A
**DATE** *(Fecha)*: 2-15-18

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA (GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT)

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** *(Fecha Del Incidente)*: 2-13-18
**REQUIRED - TIME OF INCIDENT** *(Hora Del Incidente)*: Around 11:00 am
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*: Div 8 RTU-3-F
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Lugar Específico Del Incidente)*: Officer Richard and Officer Allen

So please save the video footage. After I was severly beaten I was taken to Stroger Hospital. I was given stitches because my head was busted open and bleeding. Right now my left side of my face and my forehead is black and blue/swollen, my mouth and lips have cuts inside them and are swollen/in severe pain so much that I can't even eat. My teeth hurt when I try to bite into food. I can't hear out of my right ear. I'm seeing a bunch of black dots out of both eyes. I have really bad headaches and I tend to feel dizzy throughout the day when I walk or move around. To make matters even worst, all of this could have been avoided because I've already asked officers Richard and officer Allen to move me to a different deck on several occasions because I was having problems with this certin inmate inmate before but officers refused to move me.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*
Video footage is my witness

**INMATE SIGNATURE:** *(Firma del Preso/Fecha)*: Brian Garcia

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** S Davis
**SIGNATURE:** S Davis
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 2-16-18

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40a)(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 201801981 | 0376100 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* Garcia
**INMATE FIRST NAME** *(Primer Nombre):* Brian
**ID Number** *(# de Identificación):* 20170921161

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 080 failure to Protect

**IMMEDIATE CRW RESPONSE (if applicable):** CRW will provide inmate with yellow medical slip for medical treatment

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermak Health Services):* OPR IS

**DATE REFERRED:** 2/16/18

### RESPONSE BY PERSONNEL HANDLING REFERRAL

- See attachment -

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** L. Hampton
**SIGNATURE:** Lesli
**DIV./DEPT.:** I.J.
**DATE:** 2/16/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):* Brian Garcia
**DATE RESPONSE WAS RECEIVED:** 2/16/18

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 2/16/18

**INMATE'S BASIS FOR AN APPEAL:** Appeal

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** No Basis for Appeal Provided, As Required - Original Response to Stand.

**INMATE SERVICES DIRECTOR/DESIGNEE:** J Mueller
**SIGNATURE:**
**DATE:** 2/20/18

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):* Brian Garcia
**DATE APPEAL RESPONSE WAS RECEIVED:** 2/22/18

(FCN-40b) (AUG 16) — (WHITE COPY – INMATE SERVICES) — (YELLOW COPY – C.R.W.) — (PINK COPY – INMATE)

Case: 1:19-cv-02518 Document #: 4 Filed: 04/15/19 Page 12 of 17 PageID #:23



# COOK COUNTY SHERIFF'S OFFICE *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*
## INMATE DISCIPLINARY REPORT *(INFORME DISCIPLINARIO INTERNO)*

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV08-2018-2109 | N/A | 1304489 | 574811DB5 | IL39522050 | 0376100 |

### INMATE INFORMATION

| Inmate's Name (Print): | Inmate's DOB: | Booking Number: | Division/Unit: | Inmate's Living Unit: |
|---|---|---|---|---|
| Brian Garcia | 2/12/1984 | 20170921161 | Division 8 RTU | In-Cell |

### INFRACTION INFORMATION

☐ VERBAL WARNING
☐ FORMAL CHARGE

| Date of Infraction: | Time of Infraction: | Location of Infraction: | Restitution Form Attached: |
|---|---|---|---|
| 2/13/2018 | 10:30 AM | DIVISION 08 RTU | ☐ YES ☐ NO |

| NUMBER | CHARGE |
|---|---|
| 207 | Fighting |

■ DNA

### VICTIM / WITNESS INFORMATION

| | | | ID #: / Star #: | Name |
|---|---|---|---|---|
| ☐ Victim ☐ Inmate | ☐ Witness ☐ Staff | ☑ Other: Participant | | Brian Garcia |
| ☐ Victim ☐ Inmate | ☐ Witness ☐ Staff | ☑ Other: Participant | | Deon Clopton |
| ☐ Victim ☐ Inmate | ☑ Witness ☐ Staff | ☐ Other: | | H Richard |
| ☐ Victim ☐ Inmate | ☑ Witness ☐ Staff | ☐ Other: | | B Allen02 |

### INFRACTION NARRATIVE *(Infraccion narrativa)*

On 13Feb18 Ofc. Richard #14946 and Ofc. Allen #15445 were assigned to Div . 8 RTU when @ approximately 1045hrs. R\O heard detainee Clopton, Deon # 20161203194 shout to everyone on the deck that he had a milk stolen from the sink in the washroom, then R\O witnessed detainee Garcia, Brian #20170921161 put his gym shoes, and start arguing with detainee Clopton. At which time Ofc. Allen gave orders for detainees to calm down and return to their bunks. Ofc allen also stood between the two detainees to keep them separate then detainee garcia got around Ofc. Allen and the two detainees and began to exchange closed hand punches. 10-10 was called via radio. As R/O approached the area of the fight' serveral detainees can be heard saying let them fight c\o or we"ll tear this bitch up . detainees then began to surround the fight scene R/O was reluctant to intervene with out backup because there were two different gang factions represented in the fight and the two were shouting at each other r/o is usually assigned to 3F so R/O is familiar with the tensions that exist on the tier on a daily basis. and how serious they are. still R/O continued to order detainee clopton to stop by his name. as well as order the other detainees to back up. after repeated strikes to detainee Garcia's facial area Sgt Silos and Sgt. Spears responded along with several Officers. once adequate back up was on the scene the two detainees were separated cuffed and escorted off tier. both detainees were taken for medical attention. Be advised there were 32 detainees on the tier at the time vs two officers . back up was needed to intervene. and prevent possible assault or battery to assigned tier officers.

Material Confiscated/Evidence Bag Number ( **Attach photocopy of evidence** )  *Materiales confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

### CLASSIFICATION UNIT

| Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: | Assesment Completed: ☐ YES ☐ NO | ☐ DNA If YES, where? ☐ Medical Health ☐ Mental Heatlh | Assesment Received: ☐ YES ☐ NO |
|---|---|---|---|---|

| Approved For Pre-Hearing Segregation: | ☐ YES ☐ NO ☐ DNA | Was Verbal Warning Issued: | ☐ YES ☐ NO ☐ DNA |
|---|---|---|---|
| Placed in Pre-Hearing Segregation: If YES, Date/Time | ☐ YES ☐ NO ☐ DNA Location: | If Yes, Were Privileges Restricted Type of Priviledge adn Duration of Restriction | ☐ YES ☐ NO ☐ DNA |

| Classification Unit Personnel (Print): | Title: | Star # |
|---|---|---|
| | | |

| Reporting Personnel's Name (Print): | Star # | Signature: | Date: |
|---|---|---|---|
| H Richard | | | |

(FCN-85)(SEP 12)   Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov   PAGE 1 OF 2



# COOK COUNTY SHERIFF'S OFFICE
## INMATE DISCIPLINARY REPORT – FINDINGS OF FACT AND DECISION
OFICINA DEL ALGUACIL DEL CONDADO DE Cook
INFORME DISCIPLINARIO INTERNO – CONCLUSIONES DE HECHO Y DE DECISIÓN

3A

### INMATE INFORMATION (INFORMACIÓN DEL RECLUSO)

- **Inmate's Name:** GARCIA, BRIAN
- **ID #:** 2017 092 1161
- **Inmate's DOB:** 2/12/1984
- **Control Number:** DIV 08-2018-2109
- **Date of Hearing:** 2/15/18
- **Inmate Requested Witnesses:** No
- **Waive 24 Hr. Notice:** (unchecked)
- **Representative/Interpreter:** (unchecked)

**Inmate's Plea to Charge:** ☒ Not Guilty

### INMATE'S STATEMENT REGARDING INFRACTION

HIS MILK WAS STOLEN. I TOLD HIM MINE WAS STOLEN ALSO. NOBODY TRIED TO STOP IT.

### WITNESS' STATEMENT

(blank)

### DISPOSITION BY DISCIPLINARY HEARING BOARD

☒ Guilty as Charged

Disciplinary Hearing Board findings are based on the following:
☒ Inmate's Reply/Disciplinary Report

### NARRATIVE

REPORT SUPPORTS FINDING
FG 207
14 DAYS NO COMMISSARY

**Date:** 2/15/18

### DELIVERY OF FACTS AND FINDINGS TO INMATE

(blank)

(FCN-78) (DEC 17)
WHITE- Disciplinary Hearing Board's copy   PINK- Inmate's copy after charging   YELLOW- Inmate's copy after hearing disposition

## Inmate Grievance Number: **2018x01981**

Your allegation(s) have been forwarded to the Offices of Professional Review and Divisional Superintendent for review and/or investigation.

You may follow-up with the Office of Professional Review by contacting their office directly *or* submitting an inmate request form, to speak with the Divisional Superintendent.

Office of Professional Review
3026 S. California Ave
Building 2 / 4th floor
Chicago, Illinois 60608

**INMATE COPY**

1 OF 2

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL #: 
INMATE ID #: 

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT – INMATE LAST NAME** *(Apellido del Preso):* GARCIA
**PRINT – FIRST NAME** *(Primer Nombre):* BRIAN
**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 20170921161

**DIVISION** *(División):* 8 RTU
**LIVING UNIT** *(Unidad):* 3-A
**DATE** *(Fecha):* 3-15-18

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA (GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT)

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED – DATE OF INCIDENT** *(Fecha Del Incidente):* 2-13-18
**REQUIRED – TIME OF INCIDENT** *(Hora Del Incidente):* 10:30 or 11:00 am
**REQUIRED – SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente):* Div 8 RTU 3-F
**REQUIRED – NAME and/or IDENTIFIER(S) OF ACCUSED** *(Lugar Específico Del Incidente):* Officer Richard and Officer Allen

I'm writing in regaurds to my grievance # 201801981. I was told that my grievance would be investigated by O.P.R. In my grievance response I recieved APPEALS-NON response but grievance will be investigated by O.P.R.

Now what is there to be investigated and what is taking soo long? The video footage clearly shows both officer Richard and officer Allen just standing there watching another inmate beat me up and use my face and my head as a punching bag. The video footage don't lie.

So now I would like to know what is taking soo long with this (so called) investigation because I am the person who still has to be around both of these officers and I don't feel safe around them knowing they won't help or protect me if someone tries to harm me. Just a few days ago which I believe was on 3-12 or 3-13 (I'm not sure the exact date) but I had to be escorted by officer Richard to go see the nurse at Health Care and I felt FAR from SAFE. I also had to be escorted by officer Allen →

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* Video footage is my witness as well as every inmate who was on deck

**INMATE SIGNATURE:** *(Firma del Preso/Fecha):* Brian Garcia

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** S Davis
**SIGNATURE:** *(signed)*
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 3/16/18

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40a)(AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (¡ Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent:_____
- ☐ Other:_____

**PRINT - INMATE LAST NAME** (Apellido del Preso): GARCIA
**PRINT - FIRST NAME** (Primer Nombre): BRIAN
**INMATE BOOKING NUMBER** (# de identificación del detenido): 20170921161
**DIVISION** (División): 8 RTU
**LIVING UNIT** (Unidad): 3A
**DATE** (Fecha): 3-15-18

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA (GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT)

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha Del Incidente) | REQUIRED - TIME OF INCIDENT (Hora Del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Lugar Específico Del Incidente) |
|---|---|---|---|
| 2-13-18 | 10:30 or 11:00 am | DIV 8 RTU 3-F | officers Richard and officer Allen |

to go see the psych doctor on my last psych evaluation which I can't remember the date but once again I felt FAR FROM SAFE being around both OFFICERS. So once again, I want to know what is going on with the INVESTIGATION OF grievance # 261801981? Why are both of these officers still working here? The video footage DON'T lie. I want for both of these OFFICERS to be FIRED.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
(Nombre del personal o presos que tengan información:)
Video footage is my witness as well as every inmate who was on deck

**INMATE SIGNATURE:** (Firma del Preso/Fecha): Brian Garcia

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| S Davis | S Da— | 3-16-18 |

| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
|---|---|---|
| | | |

(FCN-40a)(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
*(Interno no Queja Solicitud Respuesta)*

### INMATE INFORMATION

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Garcia | Brian | 20170721161 |

| DIVISION *(División)*: | LIVING UNIT *(Unidad)*: | INMATE'S GRIEVANCE FORM DATE *(Fecha)*: |
|---|---|---|
| 8 BTU | 3A | 3·15·18 |

| INMATE # (SHORT #) *(# Del Preso (# corto))*: | GRIEVANCE CODE *(Código de Queja)* | DETERMINED BY C.R.W. *(determinado por el T.R.C/C.R.W.)* |
|---|---|---|
| 0376100 | 430 | S. Davis |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted

☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
☐ Offensive or harassing language was used
☐ The grievance form contains more than one issue.
☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
☐ La solitud de la queja contiene más de un asunto.
☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
☐ Otra razón

The grieved issue is a repeat submission of a grievance that was previously received and answered and was appealed. Grievance # 201801981, please see attached. If you are dissatisfied with the appeal decision please follow the instructions within the appeal section.

| NAME OF INDIVIDUAL RESPONDING *(Nombre del personal o presos que tengan información:)* | SIGNATURE OF INDIVIDUAL RESPONDING *(Firma del personal o presos que tengan información)* | DATE *(Fecha)*: |
|---|---|---|
| S. Davis | S. Davis | 3·16·18 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT *(Firma de recibo del preso)*: | DATE RESPONSE RECEIVED *(Fecha de recibo de respuesta)*: |
|---|---|
| Brian Garcia | 3-29-18 |

(FCN-40e)(AUG 16)    **(WHITE COPY** – INMATE SERVICES)    **(YELLOW COPY** – CRW/PLATOON COUNSELOR)    **(PINK COPY** – INMATE)